**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000

**GOODWIN PROCTER LLP**
Thomas L. Creel
Henry C. Dinger
Daryl L. Wiesen
Lana A. Shvartsman
Melissa L. Paddock
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys For Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-1293 (WJM) |
| ) | |
| v. ) | |
| ) | **NOTICE OF MOTIONS** |
| TEVA PHARMACEUTICALS USA, INC. and ) | ***IN LIMINE*** |
| TEVA PHARMACEUTICAL INDUSTRIES ) | |
| LTD., ) | |
| ) | |
| Defendants. ) | |

TO:   Kevin J. McKenna
      Mara E. Zazzali
      Gibbons, Del Deo, Dolan, Griffinger & Vecchione P.C.
      One Riverfront Plaza
      Newark, N.J. 07102-4500

      Basil J. Lewris
      Lidan A. Wadler
      Finnegan Henderson Farabow Garrett & Dunner LLP
      901 New York Ave., NW
      Washington, DC 20001-4413

COUNSEL:

PLEASE TAKE NOTICE that on October 11, 2005 at 10:00 a.m. or at such other time as the Court may set, Defendants will move before the Honorable William J. Martini, U.S.D.J., at the Martin Luther King Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for Orders precluding Plaintiff from introducing at trial :

1. Evidence of secondary considerations of obviousness;

2. Evidence of Willful Infringement and/or Exceptional Case;

3. Testimony of Richard Killworth;

4. Evidence of Copying;

5. Evidence regarding the level, duration, or severity of, or adaptation to, nausea or emesis;

6. Testimony of Dr. Naylor by deposition;

7. Testimony of Dr. Elisio Salinas; and

8. Evidence conflicting with earlier representations concerning clinical studies 600-B-209-US and 600-B-369-US.

PLEASE TAKE FURTHER NOTICE that in support of these motions, Defendants shall rely upon the accompanying Memoranda of Law and Confidential Declaration of Daryl L. Wiesen. A proposed form of Order is submitted herewith.

Dated: September 29, 2005          **LITE DePALMA GREENBERG & RIVAS, LLC**

                                                       /s/ Allyn Z. Lite
                                                    Allyn Z. Lite
                                                    Michael E. Patunas
                                                    Two Gateway Center, 12th Floor
                                                    Newark, New Jersey 07102-5003
                                                    (973) 623-3000

**GOODWIN PROCTER LLP**
Thomas L. Creel
Henry C. Dinger
Daryl L. Wiesen
Lana A. Shvartsman
Melissa L. Paddock
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Defendants