# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

KEVIN J. MCKENNA
Director
(973) 596-4729

ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102-5497
973-596-4500

DIRECT FACSIMILE
(973) 639-6279
KMcKenna@gibbonslaw.com

WEB SITE
http://www.gibbonslaw.com

October 6, 2005

**VIA HAND**
Honorable William J. Martini, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal
 Building and Courthouse
50 Walnut Street
Newark, NJ 07102

    RE:   **Wyeth v. Teva Pharmaceuticals USA, Inc. et al.
            Civil Action No. 03-1293 (WJM)**

Dear Judge Martini:

    This firm along with co-counsel Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, represent Plaintiff Wyeth in the above-referenced matter. Enclosed please find two courtesy copies of Wyeth's Opposition to Teva's Motions In Limine 1-8 and a Certification of Service relative to same.

    Thank you for your consideration.

                              Respectfully,

                              Kevin J. McKenna

KJM:am
Enclosures
cc:    Allyn Z. Lite, Esq. (via pdf and hand with enclosures)
        Daryl Wiesen, Esq. (via pdf and Federal Express with enclosures)
        Basil J. Lewis, Esq. (via pdf and Federal Express with enclosures)
        Linda A. Wadler, Esq. (via pdf and Federal Express with enclosures)