**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000

**GOODWIN PROCTER LLP**
Thomas L. Creel
Henry C. Dinger
Daryl L. Wiesen
Lana A. Shvartsman
Melissa L. Paddock
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys For Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| WYETH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-1293 (WJM) |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) |
| Defendants. | ) |

### SCHEDULING ORDER

The parties having conferred with the Court regarding a proposed schedule,

IT IS this 21st day of October 2005;

ORDERED that:

1. Completion of execution-ready drafts of Definitive Agreements shall be

submitted to the Court not later than November 2, 2005;

2. The execution-ready Definitive Agreements shall be delivered to the Federal Trade Commission for its review not later than November 2, 2005;

3. If the Federal Trade Commission has any objection to the Definitive Agreements, it shall file such objection with the Court not later than December 2, 2005;

4. The parties may file briefs in response to any Federal Trade Commission objection not later than December 17, 2005;

5. The Federal Trade Commission may file a reply brief, if any, not later December 24, 2005; and

6. The Court will schedule a hearing on any objection by the Federal Trade Commission.

_____
Honorable William J. Martini, U.S.M.J.