```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                          Date:10/14/05

**JUDGE WILLIAM J. MARTINI**                    Ret. Date:

Deputy Clerk: Gail Hansen                       Motion Filed:

Court Reporter: Walter Perelli

Other:                                          Docket #: Cv. 03-1293

TITLE OF CASE:

Wyeth
v. Teva

APPEARANCES:

Kevin McKenna, Esq., William Lewris, Esq., Barbara Rudolph, Esq.,
& Susan Lee for pltfs.
Allyn Z. Lite, Esq., Michael Patunas, Esq., Thomas Crell, Esq.,
Henry Dinger, Esq., & Darrel Wessen, Esq., for defts.

NATURE OF PROCEEDINGS:

Status Conference


Time Commenced: 11:00 a.m.
Time Concluded: 11:45 a.m.

```
                                          GAIL A. HANSEN,
                                           DEPUTY CLERK
```