```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                        Date:10/19/05

**JUDGE WILLIAM J. MARTINI**                  Ret. Date:

Deputy Clerk: Gail Hansen                     Motion Filed:

Court Reporter: Walter Perelli

Other:                                        Docket #: Cv. 03-1293

TITLE OF CASE:

Wyeth
v. Teva

APPEARANCES:

Kevin McKenna, Esq., William Lewris, Esq., Barbara Rudolph, Esq., & Susan Lee for pltfs.
Allyn Z. Lite, Esq., Michael Patunas, Esq., Thomas Crell, Esq., Henry Dinger, Esq., & Darrel Wessen, Esq., for defts.

NATURE OF PROCEEDINGS:

Status Conference


Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.

                                         GAIL A. HANSEN,
                                          DEPUTY CLERK