UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                          Date: 12/20/05

**JUDGE WILLIAM J. MARTINI**                    Ret. Date:

Deputy Clerk: Gail Hansen                       Motion Filed:

Court Reporter:

Other:                                          Docket #: Cv. 03-1293

TITLE OF CASE:

Wyeth
v.
Teva Pharmaceuticals

APPEARANCES:

Eileen Quinn Steiner, Esq. & Kevin McKenna, Esq. for Wyeth
Michael Patunas, Esq., & Daryl Wiesen, Esq., for Teva

NATURE OF PROCEEDINGS: Telephone Conference

Regarding return date of Joint Motion to Seal


Time Commenced: 9:30 a.m.
Time Concluded: 9:40 a.m.

                                        GAIL A. HANSEN,
                                         DEPUTY CLERK