DEC 07 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 03-1293 (WJM) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., and | ) |
| TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) |
| | ) |
| Defendants. | ) |

### STIPULATED ORDER

The parties hereby stipulate and agree that the Court may enter a permanent injunction in the following form:

It is hereby Ordered that Wyeth and Teva shall abide by the terms of the Settlement and Release Agreement, dated November 2, 2005, a redacted copy of which is attached hereto as Exhibit 1.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES LTD.

By their attorneys,
LITE DEPALMA GREENBERG & RIVAS, LLC

By: _____
Allyn Z. Lite
Michael E. Patunas
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000

WYETH

By its attorneys,
**GIBBONS, DEL DEO, DOLAN, GRIFFINGER AND VECCHIONE**

By: *Kevin J. McKenna /EQS*
Kevin McKenna
Eileen Q. Steiner
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500

SO ORDERED.

*William J. Martini, U.S.D.J.*
Jan 12, 2006